# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LADELL A. EVANS,

    Plaintiff,

v.                                                   Case No. 22-CV-1255

AARON A. BAMKE, *et al.*,

    Defendants.

## ORDER REGARDING IDENTIFYING DOE DEFENDANTS

On March 20, 2023, the court allowed *pro se* plaintiff Ladell A. Evans to proceed on an Eighth Amendment conditions of confinement claim against various John Doe defendants for failing to clean out his cell and an Eighth Amendment failure to intervene claim for failing to intervene when he was cutting himself with a razor against Sgt. John Doe, CO Jane Doe, and CO John Doe 2. (ECF No. 14 at 6.) Evans was directed to use discovery to identify the names of the Does defendant by August 23, 2023. On August 7, 2023, Evans filed a motion identifying the. the real names of Sgt John Doe, CO Jane Doe, and CO John Doe 2. (ECF No. 22.) The court will replace the Doe placeholders with Michael Wasielewski as Sgt. John Doe; Paula Anschutz as CO Jane Doe; and Justin Sergestrom as CO John Doe 2.

As for the various John Doe defendants remaining for the Eighth Amendment condition of confinement claim, Evans will have until **September 11, 2023** to file a motion identifying those Doe defendants or they will be dismissed.

**IT IS HEREBY THEREFORE ORDERED** that Evans' motion to identify the Doe defendant (ECF No. 22) is **GRANTED**. The clerk's office will update the docket to reflect the real name of Sgt. John Doe, CO Jane Doe, and CO John Doe 2.

**IT IS FURTHER ORDERED** that pursuant to an informal service agreement between the Wisconsin Department of Corrections and this court, the clerk's office shall electronically send copies of Evans's complaint and this order to the Wisconsin Department of Corrections for service on Michael Wasielewski, Paula Anschutz, and Justin Sergestrom.

**IT IS FURTHER ORDERED** that Wasielewski, Anschutz, and Sergestrom file a responsive pleading to the complaint.

**IT IS FURTHER ORDERED** that Evans identify any remaining Doe defendants for the Eighth Amendment conditions of confinement claim by **September 11, 2023.** Failure to do so by the deadline will result in dismissal of the remaining Doe defendants.

Dated at Milwaukee, Wisconsin this 28th day of August, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:22-cv-01255-NJ    Filed 08/28/23    Page 2 of 2    Document 25